# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10   UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
FEB 15 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Casey Larrison
Carl Mullins

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:23 CV-76-DJH
(To be supplied by the clerk)

Jessica Spicer
Frank Doyle
Common Weath Kentucky
Andy Breshear

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Casey J. Larrison
Place of Confinement: Clark County Dention Center
Address: 30 Wall Street, Winchester Ky. 40391
Status of Plaintiff: CONVICTED ( )  PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: Carl Joe Mullins
Place of Confinement: Clark County Dentention center

Address: 30 wall street, Winchester Ky. 40391

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)  PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Frank Doyle__ is employed as __Jailer__ at __Clark County Detention center__

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant __Andy Breshear__ is employed as __Commisonar__ at __State of Kentucky__

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(3) Defendant __Jessica Spicer__ is employed as __Nurse__ at __Clark County Detention center__

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On the 3rd of febuary 2023 During pill call at 6:25 pm the Nurse Jessica Spicer was to take my Blood presure do to the fact of my heart and Blood-presure being high and bad, daily. The Clark County dentention center medical staff will not prescribe me medicine for my blood-presure being high. Nurse Jessica Spicer told me that she could not check it do to she had to leave at 6:30 pm. I have the right to have my blood presure checked and have my Hepetice-C treatment, my Blood presure runs high and could kill me and put me in cardiac arrest and head aches, severe nose bleeds, can not sleep or eat. After the nurse leaves at 6:30 theres not a nurse on site at the clark county Dentention

### III. STATEMENT OF CLAIM(S) continued

center until the following morning and by Protocol suppose to be on site 24-7. I have filed a Gievance about this issue to have proof of the issue. Medical staff has Violated my 4th, 6th, 8th, and 14th Admenments. I have Sever depression, Anexity, Stress, and metal Breakdown and can not get no relief of the situtation. causes even more unwanted depression

IV.  **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

    ✓ award money damages in the amount of $ 2500.00 a day

    ___ grant injunctive relief by _____

    ___ award punitive damages in the amount of $ _____

    ✓ other: Pain Suffering, Anexity, Depression, and spyco Depression.

V.  **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 6th day of February, 2023

    x_Casey Harrison_____
    (Signature of Plaintiff)

    _Carl J. Mullins_____
    (Signature of additional Plaintiff)

    _____
    (Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on February 6th 2023

    x_Casey Harrison_____
    (Signature)
    _Carl J. Mullins_____

6

Casey J. Larrison
30 Wall Street
Winchester Ky. 40391

**FILED**
JAMES J. VILT, JR. - CLERK
FEB 15 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court
601 West Broadway, Room 106
Gene Snyder United States Courthouse
Louisville, Kentucky, 40202

