UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CASEY LARRISON and
CARL MULLINS,                                                                                       Plaintiffs,

v.                                                                              Civil Action No. 3:23-cv-P76-DJH

JESSICA SPICER, *et al.*,                                                                      Defendants.

\* \* \* \* \*

## ORDER

Plaintiffs Casey Larrison and Carl Mullins filed the instant *pro se* prisoner action pursuant to 42 U.S.C. § 1983.  Plaintiffs sue Jessica Spicer, a nurse at Clark County Detention Center (CCDC); Frank Doyle, the CCDC Jailer; the Commonwealth of Kentucky; and Governor Andy Beshear alleging claims arising out of their incarceration at CCDC.

There is no special venue statute for § 1983 civil rights actions.  Therefore, 28 U.S.C. § 1391 controls.  Under § 1391(b), a civil action may be brought in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
>
> (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

CCDC is located in Clark County, Kentucky, where Defendants Spicer and Doyle presumably reside.  Based on the allegations in the complaint, it is evident that the events giving rise to the claims occurred in Clark County.  Clark County is located in the Eastern District of Kentucky.

*See* 28 U.S.C. § 97(a). Therefore, the Court finds that proper venue for this complaint lies in the Eastern District of Kentucky.

Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Accordingly, in the interest of justice,

**IT IS ORDERED** that the instant action shall be **TRANSFERRED** to the United **States District Court for the Eastern District of Kentucky, Central Division at Lexington,** pursuant to 28 U.S.C. § 1406(a) for all further proceedings.

**All further filings shall be filed with that court.** Should any filings in this action be filed in this Court in the future, the **Clerk of Court shall transfer** the filings to the Eastern District of Kentucky.

Date: February 16, 2023

David J. Hale, Judge
United States District Court

cc: Plaintiffs, *pro se*
4415.010